| | |
|---|---|
| **Rob Saltzman, Esquire** <br> **PLUESE, BECKER & SALTZMAN, LLC** <br> **Attorneys At Law** <br> **RS1765** <br> **20000 Horizon Way, Suite 900** <br> **Mt. Laurel, NJ 08054-4318** <br> **(856) 813-1700** <br> **Attorneys for the Mortgagee** <br> **File No. 102380B** | **UNITED STATES BANKRUPTCY COURT** <br> **FOR THE DISTRICT OF NEW JERSEY** |

|  |  |  |
|---|---|---|
| **In re:** | : | **CASE NO. 17-11602-CMG** |
|  | : | **CHAPTER 13** |
| Philip Jannes <br> Lori Ann Jannes <br> aka Lori Ann Johnson | : | **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE** |
|  | : | **OF NOTICES, PLEADINGS, ETC.** |
| **Debtors** | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Federal National Mortgage Association c/o Nationstar Mortgage LLC d/b/a/ Mr. Cooper, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC <br> 20000 Horizon Way, Suite 900 <br> Mt. Laurel, NJ 08054-4318 | Federal National Mortgage Association <br> c/o Nationstar Mortgage LLC d/b/a/ Mr. Cooper <br> P.O.Box 619096 Dallas, TX 75261-3741 |

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Federal National Mortgage Association c/o Nationstar
Mortgage LLC d/b/a/ Mr. Cooper

DATED: June 28, 2019