**Rob Saltzman, Esquire**
**PLUESE, BECKER & SALTZMAN, LLC**
**Attorneys At Law**
**RS1765**
**20000 Horizon Way, Suite 900**
**Mt. Laurel, NJ 08054-4318**
**(856) 813-1700**
**Attorneys for the Mortgagee**
**File No. 102380B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **In re:** | :    **CASE NO. 17-11602-CMG** |
|  | :    **CHAPTER 13** |
|    **Philip Jannes** |  |
|    **Lori Ann Jannes** | :    **ENTRY OF APPEARANCE AND** |
| **aka Lori Ann Johnson** |        **REQUEST FOR SERVICE** |
|  | :    **OF NOTICES, PLEADINGS, ETC.** |
|    **Debtors** |  |
|  | : |

      Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC             Nationstar Mortgage LLC d/b/a Mr. Cooper
20000 Horizon Way, Suite 900                      P.O.Box 619096 Dallas, TX 75261-3741
Mt. Laurel, NJ 08054-4318

/s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
Nationstar Mortgage LLC d/b/a Mr. Cooper

DATED: July 9, 2019