| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>PHILIP JANNES<br>LORI ANN JANNES | Case No.: _____17-11602_____<br><br>Chapter: _____13_____<br><br>Judge: _____CMG_____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Philip Jannes_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

    ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: August 16, 2019                     /s/Philip Jannes
                                          Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>PHILIP JANNES<br>LORI ANN JANNES | Case No.: 17-11602<br><br>Chapter: 13<br><br>Judge: CMG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Lori Ann Jannes_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

    ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: August 16, 2019                    /s/Lori Ann Jannes
                                          Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.6/16/17*