UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 102380B

**Order Filed on October 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Philip Jannes
Lori Ann Jannes aka Lori Ann Johnson

Case No.: 17-11602-CMG

Hearing Date: August 21, 2019

Judge: Christine M. Gravelle

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

# ORDER RESOLVING MOTION TO VACATE STAY
# AND/OR MOTION TO DISMISS
# WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: October 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | William H Oliver Jr., Esquire |
| Property Involved ("Collateral"): | 3 Brookline Ct, Middletown, NJ 07748-3302 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1.     Status of post-Petition arrearages:

☒ The Debtor has brought the loan post-Petition current through and including the September 1, 2019 post-Petition payment.

☒  Beginning on October 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $2,815.80.

2.     Payments to the Secured Creditor shall be made to the following address(es):

☒  Regular monthly payment:

> Mr. Cooper
> PO Box 619094
> Dallas, TX 75261-9741