UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys for the Mortgagee
File No. 102380B

In Re:

Philip Jannes
Lori Ann Jannes aka Lori Ann Johnson

**Order Filed on October 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-11602-CMG

Hearing Date: August 21, 2019

Judge: Christine M. Gravelle

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: October 21, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | William H Oliver Jr., Esquire |
| Property Involved ("Collateral"): | 3 Brookline Ct, Middletown, NJ 07748-3302 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:

 ☒ The Debtor has brought the loan post-Petition current through and including the September 1, 2019 post-Petition payment.

 ☒ Beginning on October 1, 2019, regular monthly mortgage payments shall continue to be made in the amount of $2,815.80.

2. Payments to the Secured Creditor shall be made to the following address(es):

 ☒ Regular monthly payment:

> Mr. Cooper
> PO Box 619094
> Dallas, TX 75261-9741

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                    Case No. 17-11602-CMG
Philip Jannes                                             Chapter 13
Lori Ann Jannes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Oct 21, 2019
                                Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db/jdb         +Philip Jannes,    Lori Ann Jannes,    3 Brookline Court,    Middletown, NJ 07748-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    CITIBANK, N.A. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CITIBANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association c/o Nationstar
               Mortgage LLC d/b/a Mr. Copper dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    CITIBANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Philip   Jannes bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Lori Ann Jannes bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 14
```